LORTEX COMPANY, Respondent, *v.* RAPHAEL NADLER et al., Copartners under the Name of NADLER & STELZER, Appellants, Impleaded with Others.

*Contract — sale — action for breach of contract to deliver goods.*

*Lortex Co.* v. *Nadler,* 218 App. Div. 820, affirmed.

(Submitted October 18, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1926, unanimously affirming a judgment in favor of plaintiff and against defendants-appellants, entered upon a decision of the court at a Trial Term without a jury. The action was to recover for an alleged breach of contract to deliver goods sold by defendant-appellants to the plaintiffs.

*Benjamin E. Messler* for appellants.

*William R. Dorman* and *Thomas J. Mooney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS MASON, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 18, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Supreme Court rendered April 18, 1927, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John V. Maloney, Michael A. Crage* and *Robert J. Summers* for appellant.

*Guy B. Moore, District Attorney* (*Walter F. Hofheins* of counsel), for respondent.